IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNIQUE MCKINNEY | ) | |
|     Plaintiff, | ) | MISC. ACTION NUMBER |
| VS. | ) | M-17-2052 |
| | ) | |
| GLENDA KEELER, | ) | |
| ASSISTANT WARDEN, et al., | ) | |
|     Defendants. | | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Unique McKinney's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 2 are hereby adopted by this Court.

It is hereby ORDERED that, in the interest of justice, Plaintiff's case be TRANSFERRED to the Western District of Texas, Waco Division, because it is the appropriate venue for this action.

The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants and then close the underlying case.

DONE on this 28th day of February, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE